# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DUSTIN NEAL BROWN,                                                                             PLAINTIFF
ADC #105750

v.                                                4:12-cv-00038-SWW

JOE O'BRYAN, et al.                                                      DEFENDANTS

## **ORDER**

Plaintiff's Motion to Sever (Doc. No. 5) is GRANTED. The Clerk is directed to file the Amended Complaint (Doc. No. 5) as a separate civil action.

IT IS SO ORDERED this 21st day of February 2012.

                                                       /s/Susan Webber Wright
                                                       UNITED STATES DISTRICT JUDGE