# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DUSTIN NEAL BROWN,                                                                           PLAINTIFF
ADC #105750

v.                                                4:12-cv-00038-SWW

JOE O'BRYAN, et al.                                                        DEFENDANTS

## **ORDER**

Plaintiff's Motion to Voluntarily Dismiss his Complaint against Defendants (Doc. No. 10) is GRANTED.  Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 20th day of March 2012.

                                                                               /s/Susan Webber Wright

                                                                     UNITED STATES DISTRICT JUDGE