# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DUSTIN NEAL BROWN,                                                       PLAINTIFF
ADC #105750

v.                                               4:12-cv-00038-SWW

JOE O'BRYAN, et al.                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 20th day of March 2012.

                                                           /s/Susan Webber Wright

                                                           UNITED STATES DISTRICT JUDGE